UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:

WITHDRAWAL OF APPEARANCE OF    MISCELLANEOUS NO.  21-220-CMB
NORMA HILDENBRAND
IN VARIOUS OPEN CASES

ORDER OF COURT

AND NOW, ON THIS __27th__ DAY OF __December__, 2021, the Motion of Norma Hildenbrand for leave to withdraw her appearance on behalf of the United States Trustee is GRANTED.

BY THE COURT:

_____ dmk
CARLOTA M. BÖHM, CHIEF JUDGE
UNITED STATES BANKRUPTCY COURT

FILED
12/27/21 3:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA